IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD RHODES,

    Petitioner,                    No. CIV S-04-2250 DFL GGH P

    vs.

MIKE KNOWLES, Acting Warden,

    Respondent.                ORDER

_____/

    Petitioner has filed his second request for an extension of time to file and serve a traverse pursuant to the court's order of December 3, 2004. Good cause appearing, the request will be granted. No further extensions of time will be granted.

    IT IS HEREBY ORDERED that:

    1. Petitioner's May 9, 2005 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse. No further extensions of time will be granted.

DATED: 5/13/05

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:bb
rhod2250.111s