IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BERNARD RHODES,** | CIV S-04-2250 RRB GGH P |
| Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **MIKE KNOWLES, Acting Warden,** | |
| Respondent. | |

      Respondent has requested a thirty-day extension of time, to and including April 28, 2008, to file objections to findings and recommendations; however, the court's recommendation goes only to those claims of the petition for which the undersigned has recommended the writ be denied.  Therefore, the court construes the request for an extension of time primarily to seek reconsideration by the district judge, pursuant to Local Rule 72-303, of the Order of the undersigned regarding the need for an evidentiary hearing re: whether insufficient evidence supports petitioner's conviction for DVI 02-2048 and his conviction for DVI 02-2048.

      The court hereby grants respondent an extension of time until April 28, 2008, to file a request for reconsideration of the Order filed on March 11, 2008, and to file any objections to the March 11, 2008, Findings and Recommendations.

\\\\\

[Proposed] Order

1   There will be no further extension of time.  IT IS SO ORDERED.

3   Dated: 03/28/08                           /s/ Gregory G. Hollows
                                              UNITED STATES MAGISTRATE JUDGE

5   rhod2250.po

[Proposed] Order

2