IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD RHODES,

      Petitioner,                    No. CIV S-04-2250 RRB GGH P

    vs.

MIKE KNOWLES,

      Respondent.                ORDER

_____/

        Petitioner has requested an extension of time to file objections to the March 11, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 28, 2008 request for an extension of time (Doc. 21) is granted;

        2. Petitioner is granted until April 28, 2008 to file objections to the March 11, 2008 findings and recommendations; and

        3. There will be no further extension.

DATED: 04/04/08

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
rhod2250.111obj