IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BERNARD RHODES,** | CIV S-04-2250 JAM GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE KNOWLES, Acting Warden,** | |
| Respondent. | |

The court denies the stipulation. This case was filed in 2004, and has already been significantly, if not unduly, prolonged. Petitioner is granted until May 23, 2008, to file Objections to the March 11, 2008, Findings and Recommendations. Respondent is granted until May 23, 2008, to file a request for reconsideration of the court's order for an evidentiary hearing. There will be no further extension.

IT IS SO ORDERED.

Dated: 05/02/08           /s/ Gregory G. Hollows
                          United States Magistrate Judge

rhod2250.po2

1