**MICHAEL B. BIGELOW**

**Attorney at Law**

State Bar Number 065211

428 J Street, Suite 350

Sacramento, CA  95814

Telephone: (916) 443-0217


Attorney for Petitioner

Bernard Rhodes

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERNARD RHODES, | ) | No. CIV. S-04-2250 RRB-GGH P |
| | ) | |
| Petitioner | ) | AMENDED |
| | ) | REQUEST TO FILE IN EIGHTEEN DAYS |
| | ) | RATHER THAN TEN |
| v. | ) | |
| MIKE KNOWLES, Warden, | ) | |
| Respondent. | ) | |
| | ) | |

　　Pursuant to this Court's previous order, an order to show cause has been requested in ten days. This Court's order could not have come at a less propitious time. Undersigned counsel is

1

--

about to begin (today) a long standing family vacation and will not return until June 23, 2008.

Accordingly, undersigned would appreciate an additional bit of time extension to respond to this Court's order.

DATED: June 8, 2008        Respectfully submitted,


                                   /S/MICHAEL B. BIGELOW
                                   Michael B. Bigelow
                                   Attorney for Defendant


**ORDER**

**FOR GOOD CAUSE SHOWN:** Counsel's request for an extension of time up to and including June 24, 2008 is granted.

Dated: 06/12/08                    /s/ Gregory G. Hollows
                                   Magistrate Judge

rhod2250.eot

2

--