IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD RHODES,

    Petitioner,                    No. CIV S-04-2250 JAM GGH P

    vs.

MIKE KNOWLES,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding with counsel, has timely filed a notice of appeal of this court's March 23, 2009, dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

| | |
|---|---|
| 1 | For the reasons set forth in the magistrate judge's February 9, 2009, findings and |
| 2 | recommendations, petitioner has not made a substantial showing of the denial of a constitutional |
| 3 | right. Accordingly, a certificate of appealability should not issue in this action. |
| 4 | IT IS SO ORDERED. |
| 5 | DATED: April 29, 2009 |

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/rhod2250.830d

2